# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

January 12, 2026

┌─────────────────────────┐
**FILED**

Jan 14, 2026
KELLY L. STEPHENS, Clerk
└─────────────────────────┘

Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH  45202-3988

Re:  Delco LLC, dba Delco Products
v. Leviathan Group LLC
No. 25-88
(Your No. 24-1547)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*Scott S. Harris*

**Scott S. Harris**, Clerk